IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONY BRADY                                                                                          PLAINTIFF

v.                                         No. 4:05CV01080 GH

GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES, INC.              DEFENDANT

## ORDER

Plaintiff's August 17th motion (#7) to substitute General Electric Company as the party defendant in conformity with the answer pointing out the misnomer is hereby granted.

IT IS SO ORDERED this 23rd day of August, 2005.

*[signature: George Howard, Jr.]*
UNITED STATES DISTRICT JUDGE